# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARK V. HILL,<br>      Plaintiff,<br><br>v.<br><br>UMASS CORRECTIONAL HEALTH<br>CENTER, et al.,<br>      Defendants. | CIVIL ACTION<br>NO. 13-40048-TSH |

## ORDER

(1) The motion (#4) for leave to proceed in forma pauperis is granted. Pursuant to 28 U.S.C. § 1915(b)(1), the Court assesses an initial partial filing fee of $25.05. The remainder of the fee, $324.95, shall be collected in accordance with 28 U.S.C. § 1915(b)(2).

(2) The Clerk shall issue summonses for service of the complaint on the defendants.

(3) The Clerk shall send the summonses, complaint, and this Order to the plaintiff, who must thereafter serve the defendants in accordance with Federal Rule of Civil Procedure 4(m). The plaintiff may elect to have service made by the United States Marshal Service. If directed by the plaintiff to do so, the United States Marshal shall serve the summonses, complaint, and this Order upon the defendants, in the manner directed by the plaintiff, with all costs of service to be advanced by the United States. Notwithstanding Fed. R. Civ. P. 4(m) and Local Rule 4.1, the plaintiff shall have 120 days from the date of this Order to complete service.

(4) The defendants are required to respond to the complaint. See 42 U.S.C. § 1997e(g)(2).

(5) The plaintiff's motions (#2, #10) for service by mail are denied.

(6) The plaintiff's motions (#6, #11) for appointment of counsel are denied without prejudice to renew after defendants file responsive pleadings to the complaint.

(7) The plaintiff's motion (#7) for a writ of habeas corpus ad testificandum is denied as premature. If and/or when plaintiff's physical presence is required in this Court for a conference or hearing, a writ of habeas corpus will issue at that time.

(8) The plaintiff's motion (#8) of compliance with L.R. 5.3 is denied as moot.

SO ORDERED.

 7/31/13                                                           /s/ Timothy S. Hillman  
DATE                                                        TIMOTHY S. HILLMAN  
                                                            UNITED STATES DISTRICT JUDGE